1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERLINDA ABIBAS ANIEL** | CASE NO. 4:21-cv-6071-YGR |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |
| vs. | Dkt. No. 56 |
| **PHH MORTGAGE CORPORATION AKA PHH MORTGAGE SERVICES, ET AL.** | |
| Defendants. | |

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

Plaintiff Erlinda Abibas Aniel has filed this action against defendants PHH Mortgage Corporation aka PHH Mortgage Services, Western Progressive LLC, Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., HSBC Bank USA, and National Association as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2007-OA5 in connection with the foreclosure of plaintiff's residence.

On May 9, 2022, plaintiff filed a motion for preliminary injunction to enjoin the trustee sale scheduled to occur on June 6, 2022. (Dkt. No. 56.) Pursuant to the Civil Local Rules, defendants had until May 23, 2022 to file an opposition to the motion. No opposition has been received to date. Having failed to file an opposition, defendants are **HEREBY ORDERED TO SHOW CAUSE** in writing why the motion for preliminary injunction should not be granted. Defendants must file a response to this order **no later than 5:00 p.m. on May 31, 2022**. Failure to timely file a response will be construed as consent to an injunction being issued. Plaintiff's pro se status is not an excuse to disregard her pleadings.

**IT IS SO ORDERED**.

Dated: May 25, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**