UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDA ABIBAS ANIEL,<br><br>        Plaintiff,<br><br>  v.<br><br>HSBC BANK USA. N.A. AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA5, et al.,<br><br>        Defendants. | Case No. 23-cv-04355-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Aniel v. PHH Mortgage Corp. et al*, 21-cv-6071-YGR.

**IT IS SO ORDERED.**

Dated: April 9, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**